# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID WALTER BURNS, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-08-458-M |
| JUSTIN JONES, Director, | ) |
| Respondent. | ) |

## ORDER

On February 4, 2009, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action concerning Petitioner, a prisoner appearing *pro se*, and his motion for leave to proceed *in forma pauperis*. The Magistrate Judge recommended the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be denied [Dkt. 26].

Petitioner was also advised of his right to object to this Report and Recommendation with the Clerk of this Court by February 24, 2009, in accordance with 28 U.S.C. § 636 and LCvR 72.1, however, no objections were filed.

Upon de novo review, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on February 4, 2009, and

(2) DENIES the Petition for a Writ of Habeas Corpus.

**IT IS SO ORDERED this 29th day of May, 2009.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE